UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>VALOR OCHOA, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00038-EPG (PC)<br><br>ORDER DIRECTING CLERK TO SEND DEFENDANTS COPY OF FIRST AMENDED COMPLAINT (ECF NO. 14)<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT |

Jaquice Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 24, 2021, Defendants filed their waiver of service. (ECF No. 16). However, Defendants were served with a copy of Plaintiff's original complaint, not his amended complaint.

Accordingly, IT IS ORDERED that:

1. The Clerk of Court to send Defendants a copy of Plaintiff's First Amended Complaint (ECF No. 14); and
2. Defendants shall respond to Plaintiff's First Amended Complaint instead of his original complaint.

IT IS SO ORDERED.

   Dated:  **March 25, 2021**               /s/ Erici P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1