# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALOR OCHOA, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00038-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 23) |

This matter has been referred for an early settlement conference. (ECF No. 18). On May 5, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 23). Defense counsel explains that, "[a]fter speaking with Plaintiff and tendering a formal counter offer, [he] believe[s] that a settlement conference would not be beneficial." (Id. at 4). The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

It is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 23) is GRANTED.

IT IS SO ORDERED.

　　Dated: __May 6, 2021__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 18), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.