UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>                                      Plaintiff,<br><br>        v.<br><br>VALOR OCHOA, et al.,<br><br>                                      Defendants. | Case No. 1:21-cv-00038-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO ORDER THE DEFENDANT TO FOLLOW COURT ORDER TO TURN OVER FULL DISCOVERY, WITHOUT PREJUDICE<br><br>(ECF No. 41) |

Jaquice Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 12, 2021, Plaintiff filed a motion for the Court to order Defendants to follow the Court's order to turn over full discovery. (ECF No. 41). Plaintiff asks the Court to order Defendants to turn over the full discovery that was due October 1, 2021. Plaintiff alleges that he was told by Defendant that this was his deadline.

It is not clear what Plaintiff is asking for. Plaintiff does not describe what discovery is due and has not been produced. The Court will thus deny the motion without prejudice.

If Plaintiff wishes to renew the motion, he should describe the discovery that was due (for example, responses to requests for production, responses to interrogatories, responses to request for admission, or documents that the Court ordered Defendants to produce) and what Plaintiff failed to receive.

Accordingly, IT IS ORDERED that Plaintiff's motion for the Court to order Defendants to follow the Court's order to turn over full discovery is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**October 18, 2021**__       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE