UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>VALOR OCHOA, et al.,<br><br>            Defendants. | No.  1:21-cv-00038-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 35, 45) |

Plaintiff Jaquice Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2021, the assigned magistrate issued findings and recommendations, recommending that "[t]his case be STAYED pending resolution of the related state criminal proceedings and until further order of the Court," and that "Defendants be required to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is easier."  (Doc. No. 45 at 7.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.*)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.     The findings and recommendations issued on November 10, 2021 (Doc. No. 45) are adopted in full;

2.     Defendants' motion to stay (Doc. No. 35) is granted;

3.     This case is stayed pending resolution of the related state criminal proceeding and until further order of the court; and

4.     Defendants are required to file a status report within fourteen days after the criminal case is resolved, or one year after the date of the stay, whichever is earlier.

IT IS SO ORDERED.

Dated:   **January 21, 2022**

_____
UNITED STATES DISTRICT JUDGE