UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>                                   Plaintiff,<br><br>         v.<br><br>VALOR OCHOA, et al.,<br><br>                                   Defendants. | Case No. 1:21-cv-00038-ADA-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR TO SCHEDULE SETTLEMENT CONFERENCE<br><br>ORDER MODIFYING AMENDED SCHEDULING ORDER<br><br>(ECF No. 52) |

Jaquice Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

In compliance with this Court's order (ECF Nos. 49), on December 15, 2022, Defendants filed a report re: settlement conference (ECF No. 52).  In the report, Defendants indicate that the parties have engaged in settlement discussions, and that the parties believe further negotiations could be productive.  (Id. at 1).  Defendants believe that "such negotiations will be most productive after the parties have obtained additional records relating to Plaintiff's criminal prosecution."  (Id.).  Defendants ask the Court to set a settlement conference after February 1, 2023, by which time the parties should have obtained the relevant records.  Defendants also ask the Court to vacate the non-expert discovery deadline and the dispositive motion deadline, "or in the alternative, that the discovery deadline be set for a date sixty days after the settlement conference, and that the dispositive motion deadline be set for a date ninety-five days after the settlement conference."  (Id.).

Given this report, the Court will direct defense counsel to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference. The conference shall be set on or after February 2, 2023. The Court also finds good cause to modify the scheduling order.

Based on the foregoing, IT IS ORDERED that:

1. Defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to promptly schedule a settlement conference on or after February 2, 2023.
2. If the case does not settle at the conference, the non-expert discovery cutoff is sixty days after the date of the settlement conference, and the dispositive motion deadline (other than dispositive motions based on the defense of failure to exhaust administrative remedies) is ninety-five days after the date of the settlement conference.

IT IS SO ORDERED.

Dated:   **December 16, 2022**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE