# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>          Plaintiff,<br><br>    v.<br><br>VALOR OCHOA, et al.,<br><br>          Defendants. | Case No.: 1:21-cv-00038-ADA-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On March 9, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

UNITED STATES MAGISTRATE JUDGE

1